UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-CR-307 (JMC) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| JOHN PARKER, | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 21 U.S.C. 860(a) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute a Mixture and Substance |
| | : | Containing a Detectable Amount of N, N- |
| | : | Dimethylpentylone Within 1000 feet of a |
| | : | School) |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. §§ 853(a); 28 |
| | : | U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about August 24, 2023, within the District of Columbia, **JOHN PARKER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in 2020 CF2 004786, did unlawfully and knowingly possess firearm, to wit, a Ruger LCP semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about August 24, 2023, in the District of Columbia, **JOHN PARKER**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N, N-Dimethylpentylone, a positional isomer of N-Ethylpentylone, a Schedule I controlled substance, in violation of Title 21, United States Code 841(a)(1), within one thousand feet of a school in the District of Columbia.

(**Unlawful Possession with Intent to Distribute N, N-Dimethylpentylone Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Information, **JOHN PARKER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

    (a)   FIREARMS AND AMMUNITION

2.  Upon conviction of the offense alleged in Count Two of this Information, **JOHN PARKER,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c))

Respectfully Submitted

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/ *Jared English*
JARED ENGLISH
Assistant United States Attorney
D.C. Bar No. 1023926
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-465-0089
Email: Jared.English@usdoj.gov

3