UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | Case No. 23-CR-307 (JMC) |
| | : | |
| **JOHN PARKER,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION FOR A PRELIMINARY ASSESSMENT OF DEFENDANT'S COMPETENCY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court for an order pursuant to 18 U.S.C. § 4241 that the Defendant be examined by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of the Defendant's competency, and that after such examination a report be made to the Court as to

(1) Whether Defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2) If the answer to the preceding question is in the negative, whether the examining psychiatrist believes Defendant should be transferred to a mental health facility for further examination and treatment.

Defense counsel was notified of the Government's intent to file this motion on December 20th and has not responded to notify the Government of its consent or opposition.

In support of its motion, the Government submits the following points and authorities:

**Authorities**

1.     Pursuant to 18 U.S.C. § 4241(a), either the defendant or the Government may file a motion for a hearing to determine the mental competency of the defendant. The Court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2.     Pursuant to 18 U.S.C. § 4241(b), prior to the date of the hearing, the Court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. 4247(b) and (c).

**Factual Background**

3.     During a plea agreement hearing in the present case on December 19, 2023, the Defendant was slow to respond to questions posed by the Court and required that some questions be repeated or explained by the Court or Defense Counsel before providing a response.

4.     Defense Counsel represented that the Defendant's Intelligence Quotient (IQ) has been evaluated and was most recently estimated to fall between 58 and 62.

5.     Defense Counsel indicated that additional time would be helpful for Defense Counsel to have the Defendant evaluated by a psychological or psychiatric professional. The opinion of the psychological or psychiatric professional would serve to inform Defense Counsel's decision about whether the Defendant's competency should be formally assessed under 18 U.S.C. § 4241.

6.     The Court ordered that the plea agreement hearing be continued to January 30, 2024,

in Courtroom 21.

7. The representations of Defense Counsel and the observed difficulty faced by the Defendant in answering questions posed by the Court constitute the reasonable cause required to order a competency hearing under 18 U.S.C. § 4241(a).

## Conclusion

WHEREFORE, the Government respectfully requests that the Court: (1) order a competency examination of the Defendant pursuant to 18 U.S.C. §§ 4241 and 4247; (2) order that at the conclusion of the examination of the Defendant, the psychiatrist and/or clinical psychologist shall make a report of his or her findings in accordance with 18 U.S.C. §§ 4247(c)(1), (2), (3), and (4)(A); and (3) exclude the time period necessary to evaluate the Defendant's current physical and mental competency for Speedy Trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(A).

Respectfully submitted,

MATTHEW GRAVES
U.S. ATTORNEY'S OFFICE
D.C. BAR NO. 480152

By: */s/ Mackenzie L. Harmon*

Mackenzie L. Harmon
Special Assistant United States Attorney
NC Bar #56500
United States Attorney's Office
601 D. St. NW
Washington, DC 20530
Phone: (202) 252-0849
Phone: (202) 815-9013
Email: Mackenzie.Harmon@usdoj.gov